**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTOPHER JOSEPH RAMKE, derivatively on behalf of HERTZ GLOBAL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRA BROOKS, COLIN FARMER, JENNIFER FEIKIN, MARK FIELDS, VINCENT J. INTRIERI, MICHAEL GREGORY O'HARA, STEPHEN M. SCHERR, ANDREW SHANNAHAN, THOMAS WAGNER, and EVAGELINE VOUGESSIS,<br><br>Defendants,<br><br>and<br><br>HERTZ GLOBAL HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 1:24-cv-01071-JLH |

**UNOPPOSED REQUEST FOR VOLUNTARY**
**DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I) AND 23.1(C)**

**WHEREAS,** on September 25, 2024, Plaintiff Christopher Joseph Ramke filed this stockholder derivative action on behalf of nominal defendant Hertz Global Holdings, Inc. ("Hertz" or "Company"), and against defendants Alexandra Brooks, Colin Farmer, Jennifer Feikin, Mark Fields, Vincent J. Intrieri, Michael Gregory O'Hara, Stephen M. Scherr, Andrew Shannahan, Thomas Wagner, and Evangeline Vougessis (collectively, and with the Hertz, "Defendants," and with Plaintiff, the "Parties"), alleging, among other things, violations of federal law and breaches of fiduciary duty;

**WHEREAS,** on February 10, 2025, Plaintiff and Defendants filed a Joint Stipulation and Order Staying this Action;

**WHEREAS,** also on February 10, 2025, the Court issued an Oral Order directing Plaintiff to Show Cause (the "Order to Show Cause") why this Action should not be dismissed for failure to state a ripe claim over which the Court has original jurisdiction;

**WHEREAS,** Plaintiff has determined to voluntarily dismiss this Action;

**WHEREAS**, Defendants have not filed an answer or a motion for summary judgment in this Action;

**WHEREAS,** neither Plaintiff nor its counsel have received or been promised any consideration in exchange for dismissal of this Action;

**WHEREAS,** on August 14, 2024, plaintiff Anand Roy filed a stockholder derivative action on behalf of the Company captioned, *Roy v. Scherr, et al.,* Case No. 2:24-cv-00744-JLBKCD in the Middle District of Florida ("*Roy* Action");

**WHEREAS,** on September 24, 2024, plaintiff Davis Aiken Yaun filed another stockholder derivative action on behalf of the Company captioned, *Yaun v Hertz Global Holdings, Inc. et al.,* Case No. *2:24-cv-891-JLB-NPM* in the Middle District of Florida ("*Yaun* Action," and together with the Roy Action, the "MDFL Derivative Actions");

**WHEREAS,** the MDFL Derivative Actions are still pending;

**WHEREAS,** the rights of the Company and stockholders will not be adversely affected, nor prejudiced by the dismissal of this Action without prejudice because of the pendency of the MDFL Derivative Actions; and

**WHEREAS,** Defendants do not object to Plaintiff's request for voluntary dismissal.

**THEREFORE, SUBJECT TO COURT APPROVAL**:

1. Plaintiff dismisses this Action without prejudice pursuant to Rule 41(a)(1)(A)(i) and 23.1(c); and

2. Notice to the stockholders pursuant to Fed. R. Civ. P. 23.1 is unnecessary because no answer or motion for summary judgment has been filed; neither Plaintiff nor its counsel have received or been promised any consideration in exchange for the dismissal; there has been no settlement or compromise of any claims; and the rights of the Company and stockholders will not be adversely affected, nor prejudiced by the dismissal of the Actions without prejudice because of the pendency of the MDFL Derivative Actions.

Dated: February 27, 2025

**DELEEUW LAW LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (DE Bar # 3569)
1301 Walnut Green Road
Wilmington, DE 19807
Tel: (302) 274-2180
Fax: (302) 351-6905
brad@deleeuwlaw.com

*Counsel for Plaintiff Christopher Joseph Ramke*

OF COUNSEL:

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
Melissa A. Fortunato
Marion C. Passmore
Gabriela A. Cardé
810 Seventh Avenue, Suite 620
New York, NY 10019
Tel: (212) 308-5858
Fax: (212) 214-0506
eagel@bespc.com
fortunato@bespc.com
passmore@bespc.com
carde@bespc.com

SO ORDERED this _______day of _________________, 2025.

_______________________________
The Honorable Jennifer L. Hall
United States District Judge